# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Olymphia Johnson,**<br>         **Debtor**<br><br>**Nationstar Mortgage LLC d/b/a**<br>**Champion Mortgage Company**<br>         **Movant**<br>**v.**<br>**Olymphia Johnson,**<br>         **Debtor/Respondent**<br><br>**William C. Miller, Esquire**<br>         **Trustee/Respondent** | **Bankruptcy No. 17-10123-elf**<br><br>**Chapter 13**<br><br>**Hearing Date: September 3, 2019**<br>**Hearing Time: 9:30 a.m.**<br>**Location: Courtroom #1**<br>**900 Market Street**<br>**Philadelphia, PA 19107** |

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on August 9, 2019 copies of the Motion for Relief from the Automatic Stay and Notice of Motion were served upon the following by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Brad J. Sadek, Esquie
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Olymphia Johnson
242 Christian Street
Philadelphia, PA 19147

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19107

**Robertson, Anschutz & Schneid, P.L.**

By: /s/ Lauren B. Karl
    Lauren B. Karl, Esquire
    PA Bar Number 88209
    PO Box 305
    Ingomar, PA 15129
    Telephone: 973-575-0707 x 1340
    Facsimile: 973-404-8886
    Email: lkarl@rascrane.com