UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Olymphia Johnson<br><br>   Debtor | Chapter 13<br><br>Case No.: 17-10123-ELF |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Motion to Reconsider the Order Modifying the Automatic Stay by Regular US Mail or electronic means on all creditors and the following parties:

**Lauren B. Karl, Esquire**
*Attorney for Nationstar Mortgage*
Roberston, Anschutz & Schneid, P.L.
PO Box 305
Ingomar, Pa 15129

**Jay Bray, President and CEO**
*Nationstar Mortgage LLC d/b/a Champion Mortgage Company*
8950 Cypress Waters Blvd.
Coppell, TX 75019

**William C. Miller, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Dated: November 6, 2019

Respectfully submitted,

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107