**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | OLYMPHIA JOHNSON, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 17-10123 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Reconsider Order Modifying the Automatic Stay ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **November 26, 2019 , at 9:30 a.m.**, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. Any objections or other responses the Motion shall be filed **no later than 1:00 p.m. on November 25, 2019**. Failure to respond to the Motion may result in the grant of the relief requested therein.

Date: November 6, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**