## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Olymphia Johnson | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-10123ELF |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Notice and Order Granting Debtor's Request for an Expedited Hearing on the following parties by electronic means and/or regular US mail:

**William C. Miller**
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

**Nationstar Mortgage LLC**
**dba Champion Mortgage, LLC**
Robertson, Anschutz & Schneid, P.L.
Lauren B. Karl, Esq.
PO Box 305
Ingomar, PA 15129

Dated: November 6, 2019

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Olymphia Johnson | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-10123ELF |

### NOTICE OF MOTION, RESPONSE DEADLINE and EXPEDITED HEARING DATE

Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed a Expedited Motion to Reconsider Order Modifying the Automatic Stay for the reasons detailed in the enclosed Motion.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1. If you do NOT want the court to grant the relief sought in the motion, then **on or before 1pm on November 25, 2019** you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)    file an answer explaining your position at:
        United States Bankruptcy Court
        Eastern District of Pennsylvania
        900 Market Street, Suite 400
        Philadelphia, PA 19107

(b)    mail a copy to the movant's attorney:
        Brad J. Sadek, Esq.
        1315 Walnut Street #502
        Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

3. A hearing on the motion is scheduled to be held before **Judge Eric L. Frank** on **November 26, 2019, at 9:30am** at The United States Bankruptcy Court, 900 Market Street, Philadelphia, Courtroom #1, Philadelphia, PA 19107.

4. You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     OLYMPHIA JOHNSON,      :     Chapter 13
                                  :
            Debtor                :     Bky. No.  17-10123 ELF

## O R D E R

AND NOW, upon consideration of the Debtor's Motion to Reconsider Order Modifying the Automatic Stay ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **November 26, 2019 , at 9:30 a.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. Any objections or other responses the Motion shall be filed **no later than 1:00 p.m. on November 25, 2019**. Failure to respond to the Motion may result in the grant of the relief requested therein.

Date:  November 6, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE