UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Olymphia Johnson

Debtor

Chapter 13

Case No.: 17-10123-ELF

## ORDER

AND NOW, this __26th__ day of __November__ 2019, upon consideration of the Motion to Reconsider the Order Granting Relief from the Automatic Stay and after a hearing; it is hereby **ORDERED** that

1. The Motion is **GRANTED.**

2. The Order dated September 3, 2019 is **VACATED** and the automatic stay is **REINSTATED.**

~ **Order entered by default.**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**