```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-10123-elf
Olymphia Johnson                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 28, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
db            +Olymphia Johnson,   242 Christian Street,   Philadelphia, PA 19147-4245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Olymphia  Johnson brad@sadeklaw.com, bradsadek@gmail.com
        HAROLD N. KAPLAN    on behalf of Creditor    Nationstar Mortgage LLC hkaplan@rasnj.com
        LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC lkarl@rascrane.com, lbkarl03@yahoo.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Olymphia Johnson,**<br>     **Debtor**<br><br>**Nationstar Mortgage LLC d/b/a Champion Mortgage Company**<br>     **Movant**<br>**v.**<br>**Olymphia Johnson,**<br>     **Debtor/Respondent**<br><br>**William C. Miller, Esquire**<br>     **Trustee/Respondent** | **Bankruptcy No. 17-10123-elf**<br><br>**Chapter 13**<br><br>Hearing Date: April 28, 2020<br>Hearing Time: 9:30 a.m.<br>Location: Courtroom #1 |

## ORDER OF COURT

AND NOW, this 28th day of April, 2020, upon consideration of Nationstar Mortgage LLC d/b/a Champion Mortgage Company's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), and there being no response thereto, it is hereby

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby **MODIFIED** with respect to Nationstar Mortgage LLC d/b/a Champion Mortgage Company; and it is further

**ORDERED**, that Nationstar Mortgage LLC d/b/a Champion Mortgage Company, its successors and/or assignees may proceed with appropriate *in rem* state court remedies against the property located at 242 Christian Street, Philadelphia, Pennsylvania 19147, including, but not limited to, a sheriff's sale of the property, and it is further

- 1 -

**ORDERED** that Nationstar Mortgage LLC d/b/a Champion Mortgage Company's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT:

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE